**LAW OFFICES OF ROBERT GIUSTI, ESQ. & ASSOCIATES, PLLC**
42-40 Bell Blvd., Suite 601
Bayside, New York 11361
Tel# (718) 224-5431
Fax# (718) 224-2938

Robert Giusti, Esq.

---

Katie Giusti, Esq.

---

Tina-Marie Bonsangue
  Paralegal

January 6, 2020

**VIA ECF**

Hon John G. Koeltl
United States District Court Judge
500 Pearl Street
New York, NY 10007-1316

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/7/20

RE: LUXURY LEASE COMPANY v. 31 S. 2ND JIG, LLC & JUSTIN WOLK
    Civil Action No.: 1:19-CV-01952
    Letter Motion

Dear Judge Koeltl:

I am requesting thirty (30) day extension within which to file an Order to Show Cause for a default judgment. Due to the holidays and vacation time I was not able to prepare this motion. As per your procedures we have to present the motion to the Clerk's Office for approval then to your honor for signature. It is a bit involved and we will not be able to do so before January 10, 2020 which is what is our deadline. Please grant us this extension.

Very truly yours,

Robert Giusti, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-2020