USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·7·20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUXURY LEASE COMPANY,
                Plaintiff,

                19 civ 1952 (JGK)

    -against-

31 S. 2ND JIG, LLC and JUSTIN WOLK,
                Defendants.
------------------------------------------------------------X

## ORDER

The show cause hearing scheduled for Monday, February 10, 2020, at 10:00am is **adjourned to Tuesday, February 25, 2020, at 10:30am. The plaintiffs shall serve a copy of this order on all defendants, immediately upon receipt.**

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 7, 2020