USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2-25-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUXURY LEASE COMPANY,

            Plaintiff,

- against -

31 S. 2ND JIG, LLC, AND JUSTIN WOLK,

            Defendants.

---

19-cv-1952 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff is entitled to a default judgment against the defendants listed above. The case is referred to Magistrate Judge Fox for an inquest on damages.

SO ORDERED.

Dated:   New York, New York
        February 25, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge