UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LUXURY LEASE COMPANY,

                Plaintiff,

        -against-

31 S. 2ND JIG, LLC & JUSTIN WOLK,


                Defendants.
------------------------------------------------------X

ORDER

19 CV 1952 (JGK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendants 31 S. 2nd JIG, LLC and Justin Wolk.

      Accordingly, IT IS HEREBY ORDERED that, on or before July 24, 2020, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of its damages. The plaintiffs must serve these documents on 31 S. 2nd JIG, LLC and Justin Wolk and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before August 7, 2020, the defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated: New York, New York
         June 15, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE