UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LUXURY LEASE COMPANY,                    :

                         Plaintiff,       :

                -against-                 :            **ORDER**

31 S. 2ND JIG, LLC and JUSTIN WOLK,  :      19-CV-1952 (JGK)(KNF)

                     Defendants.    :
----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been remanded to the undersigned to grant the plaintiff the opportunity to cure the deficiencies in its inquest submissions that are outlined in the Report and Recommendation appearing at Docket Entry No. 36. Accordingly, it is hereby ordered that, on or before February 16, 2021, the plaintiff shall file (1) proposed findings of facts and conclusions of law; (2) an inquest memorandum of law; and (3) supporting affidavits and exhibits, which set forth proof of its damages through competent evidence. The plaintiff must serve these documents on 31 S. 2nd JIG, LLC and Justin Wolk, and file proof of such service with the Clerk of Court. It is further ordered that, on or before March 9, 2021, the defendants shall file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

Dated: New York, New York          SO ORDERED:
       January 26, 2021

                                                    */s/ Kevin Nathaniel Fox*
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE