**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUXURY LEASE COMPANY,

                Plaintiff,

19 **CIVIL** 1952 (JGK) (KNF)

           -against-                         **DEFAULT JUDGMENT**

31 S. 2nd JIG AND JUSTIN WOLK,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated May 17, 2021, judgment is entered in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $55,996.55, and this case is closed.

**DATED**: New York, New York
             May 19, 2021

                                               **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                                           **BY**:_____
                                                      **Deputy Clerk**